**DONALD M. GINDY**[SBN-45228]
EMAIL:don@gindylaw.com
A Professional Law Corporation
1880 Century Park East, Suite 615
Los Angeles, California 90067-1622
TEL (310) 772-0585/FAX (310) 772-0018
Email:don@gindylaw.com
Attorney for Plaintiff- VBConversions

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA- WEST REGION**

| | |
|---|---|
| VBConversions LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>National CineMedia, Inc., a Delaware Corp.; National CineMedia LLC, a Delaware limited liability company; S. Allison, an individual; and Does1-10, inclusive,<br><br>Defendants. | **CASE NO.12-5479(GAF) (SSx)**<br><br>**[~~PROPOSED~~] ORDER** |

The court having read and considered the Stipulation of Plaintiff, VBConversions LLC and Defendants National CineMedia, Inc. and S. Allison, an

\\\

individual, to dismiss the above captioned matter with prejudice, the request is hereby granted.

**IT IS SO ORDERED.**

Dated: 10/15/12

Judge, United States District Court